**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND; TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND; THE CARPENTER
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK; and THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS,

                      Petitioners,                          22 **CIVIL** 1807 (KPF)

     -against-                                    **JUDGMENT**
BLUE MOON HEALTH MANAGEMENT LLC,
                      Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 31, 2022, Petitioners' motion for summary judgment is GRANTED. Judgment is entered in favor of Petitioners in the amount of $309,379.89, consisting of: (i) the arbitration award of $305,372.39; (ii) $3,930.50 in attorneys' fees; and (iii) $77 in costs. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated**: New York, New York
          November 1, 2022

                                                                         **RUBY J. KRAJICK**

                                                                            **Clerk of Court**
                                       **BY:**     *K. Mango*

                                                                            **Deputy Clerk**